BANK OF NEW YORK, as Trustee, Appellant, Respondent.— Judgment affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS GOLDBERG, Respondent, v. HYMAN KOFFLER, Doing Business, etc., and LYONS KOFFLER CLOTHING Co.; INC., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS GOLDBERG, Respondent, v. HYMAN KOFFLER, Doing Business, etc., and LYONS KOFFLER CLOTHING Co., INC., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM FREEDA, Respondent, v. 1172–78 JACKSON AVENUE REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROBERT THELEN, an Infant, by ANNA THELEN, His Guardian ad Litem, Respondent, v. VICTOR PISANI, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $3,159.63; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN FRANCIS STRAUSS and CLAUDE S. HEDGES, Copartners, etc., Respondents, v. LEOPOLD SCHOENBRUNN and JULIUS KELLER, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COHEN BROS. MFG. Co., INC., Respondent, v. AMERICAN BEMBERG CORPORATION, Appellant.— Order modified by further granting defendant's motion for a bill of particulars as provided in order, and as so modified affirmed, without costs. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

AMERICAN BEMBERG CORPORATION, Appellant, v. COHEN BROS. MFG. Co., INC., Respondent.— Order modified by further granting plaintiff's motion for a bill of particulars to the extent indicated in the decision herewith handed down in Cohen Bros. Mfg. Co., Inc., v. American Bemberg Corporation, and as so modified affirmed, without costs. The bill of particulars to be served within twenty days from service of the order to be entered hereon with notice of entry thereof. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARGARET MEADE v. AGNES MURRAY and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the appellants' points to be filed on or before November 9, 1929, with notice of argument for November 26, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM A. GORDON v. THE CITY OF NEW YORK, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before November 20, 1929, with notice of argument for December 10, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES L. BUNNELL.— Motion to dismiss appeal granted unless appellant procure the appellant's points to be